42869. PINE TERRACE ASSOCIATES, LTD. et al. v. LIDSTER.
(341 SE2d 8)

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore

vacated.

*All the Justices concur, except Marshall, P. J., and Clarke, J., who dissent.*

DECIDED FEBRUARY 12, 1986.

*Hatcher, Stubbs, Land, Hollis & Rothschild, Robert C. Martin, Jr.,* for appellants.
*Davis, Harp & Smith, Arthur L. Smith III,* for appellee.